IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JOHN STEVEN M.,

        Plaintiff,

v.                                    CIVIL ACTION NO.   3:22-0369

KILOLO KIJAKAZI,
Acting Commissioner of the
Social Security Administration,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that that Defendant's unopposed Motion to Remand this matter to the Social Security Administration for further proceedings (ECF No. 12) be granted and this case remanded pursuant to the fourth sentencing of 42 U.S.C. § 405(g). No objections to the Magistrate Judge's findings and recommendation have been filed.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Defendant's unopposed Motion to Remand this matter to the Social Security Administration for further proceedings (ECF No. 12), and **REMANDS** this case, consistent with the findings and recommendation.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:  February 6, 2023

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE